```
                                                                    FILED
                                                                July 29, 2010
                                                              CLERK, U.S. BANKRUPTCY COURT
                                                              EASTERN DISTRICT OF CALIFORNIA
                                                                      D70
```

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA
### CIVIL MINUTE ORDER

| | | | |
|---|---|---|---|
| **Case Title :** | Alberto De La Rosa and Esperanza L. De La Rosa | **Case No :** | 10-26867 - D - 7 |
| | | **Date :** | 7/22/2010 |
| | | **Time :** | 10:00 |
| **Matter :** | [26] - Motion/Application for Relief from Stay [PPR-2] Filed by Creditor U.S. Bank, N.A. (Fee Paid $150) (nkrs) <br> [26] - Motion/Application for Adequate Protection [PPR-2] Filed by Creditor U.S. Bank, N.A. (nkrs) | | |
| **Judge :** | Robert S. Bardwil | | |
| **Courtroom Deputy :** | Teresa Jackson | | |
| **Reporter :** | Diamond Reporters | | |
| **Department :** | D | | |

**APPEARANCES for :**
**Movant(s) :**
None
**Respondent(s) :**
None

## CIVIL MINUTE ORDER

Findings of fact and/or conclusions of law are included in the court's minutes.

IT IS ORDERED that the motion is granted as provided in this order. Automatic stay vacated; no further relief afforded. Resolved without oral argument.

Dated: July 29, 2010

*Robert S. Bardwil, Judge*
*United States Bankruptcy Court*